# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN RAFIZADEH, individually and behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BECKER PROFESSIONAL DEVELOPMENT CORP., an Illinois Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. LACV11-5297 MMM (PLAx)(Class Action)<br><br>**ORDER PROTECTING CONFIDENTIAL DOCUMENTS AND INFORMATION**<br><br>Action Filed:   May 11, 2011 |

Good cause having been shown within the above Stipulation, the Court orders that the terms of this **STIPULATION AND [PROPOSED] ORDER PROTECTING CONFIDENTIAL DOCUMENTS AND INFORMATION** shall govern the handling of documents and other information produced or disclosed by plaintiff Kamran Rafizadeh and defendant Becker Professional Development Corp. in Case No. LACV11-5297 MMM.

**SO ORDERED.**

DATED:  October 6, 2011          By: _/s/ Paul L. Abrams_____
                                                    The Honorable Paul L. Abrams